# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CITY OF BATON ROUGE/PARISH
OF EAST BATON ROUGE

VERSUS

WHLC ARCHITECTURE-
SCHWARTZ/SILVER, A JOINT
VENTURE, WASHER HILL
LIPSCOMB CABANISS
ARCHITECTURE, LLC,
SCHWARTZ/SILVER ARCHITECTS,
INC., BUQUET AND LEBLANC,
INC., TRAVELERS INDEMNITY
COMPANY, MARYLAND CASUALTY
COMPANY, HOMELAND INSURANCE
COMPANY OF NEW YORK, XL
SPECIALTY INSURANCE COMPANY,
XYZ INSURANCE COMPANY, ARCH
INSURANCE SOLUTIONS, INC.,
NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD, AND
CONTINENTAL CASUALTY COMPANY

NO.   2021 CW 0127

**MAY 10, 2021**

---

In Re:   Buquet & Leblanc, Inc. and Arch Insurance Solutions, Inc. D/B/A Arch Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 676851.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT